IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EILEEN MCAFEE,

    Plaintiff,

v.

CHRISTINE M. BOCZAR, et al.,                Civil Action No. 3:11cv646

    Defendants.

and

VIRGINIA DEPARTMENT OF HEALTH,

    Movant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Plaintiff Eileen McAfee's Motion for Reconsideration of Ruling on Motion to Quash Subpoena to Dr. Vieweg. (Docket No. 86.)

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to the Honorable Robert E. Payne.

It is so ORDERED.

                                                      /s/
                                            M. Hannah Lauck
                                      United States Magistrate Judge

Richmond, Virginia
Date: June 28, 2012