IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EILEEN MCAFEE,

    Plaintiff,

v.                                            Civil Action No. 3:11cv646

CHRISTINE M. BOCZAR,

    Defendant.

**JUDGMENT**

The Jury having returned a verdict on July 6, 2012, finding in favor of the Plaintiff, Eileen McAfee, and against the Defendant, Christine M. Boczar, as to Count One of the Complaint, and the Jury having awarded damages to the Plaintiff, Eileen McAfee, in the amount of TWO THOUSAND NINE HUNDRED AND FORTY-THREE AND 60/100 DOLLARS ($2,943.60), judgment is hereby entered for the Plaintiff, Eileen McAfee, against the Defendant, Christine M. Boczar, in the sum of TWO THOUSAND NINE HUNDRED AND FORTY-THREE AND 60/100 DOLLARS ($2,943.60) with interest thereon at 0.15% annually from the date of the verdict until paid in full.

    It is so ORDERED.

                                           /s/       REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: February 22, 2013